| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>   United States Attorney<br>2  DANIEL S. McCONKIE<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, California 95814<br>4  Telephone: (916) 554-2725 | **FILED**<br>MAY 23 2008<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF  )  MISC. CASE NO. 2:08-MC-0070
THE EXTRADITION OF )
                   )  **UNDER SEAL**
JAVIER PADILLA LIZARRAGA )
                   )  **ORDER THAT AN ARREST WARRANT BE ISSUED**
                   )

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared the complainant herein, Assistant United States Attorney Daniel S. McConkie.

Mr. McConkie made a complaint under oath in accordance with 18 U.S.C. § 3184. The complaint sets forth facts on the basis of which I find probable cause to believe that JAVIER PADILLA LIZARRAGA should be apprehended and brought before this Court. As provided in 18 U.S.C. § 3184 and the Extradition Treaty between the United States and Mexico, evidence of his criminality may then be heard and considered.

///

**IT IS THEREFORE ORDERED** that a warrant for the arrest of JAVIER PADILLA LIZARRAGA be issued.

Date: May 23, 2008

GREGORY G. HOLLOWS
────────────────────
GREGORY G. HOLLOWS
United States Magistrate Judge

**IT IS THEREFORE ORDERED** that a warrant for the arrest of JAVIER PADILLA LIZARRAGA be issued.

Date: May 23, 2008

GREGORY G. HOLLOWS
────────────────────
GREGORY G. HOLLOWS

United States Magistrate Judge