McGREGOR W. SCOTT
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2725



FILED
MAY 23 2008
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEALED CASE | ) MISC. CASE NO. _____ <br> ) <br> ) **SEALING ORDER** <br> ) <br> ) <br> ) 208-MC-0070  GGH <br> ) <br> ) <br> ) |

  Upon Application of the United States of America and good cause having been shown,

  **IT IS HEREBY ORDERED**, that the documents filed in the above-captioned matter be ordered SEALED until further order of this Court.

DATED: May 23, 2008

_____
GREGORY G. HOLLOWS
United States Magistrate Judge

1