```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ DANIEL S. McCONKIE
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, CA 95814
 4 │ Telephone (916) 554-2725
```





IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>THE EXTRADITION OF<br><br>**JAVIER PADILLA LIZARRAGA** | MISC. CASE NO. 08-70 GGH<br><br>**UNSEALING ORDER** |

The court has been informed that the United States Marshals arrested Javer Padilla Lizarraga on May 29, 2008 and that there is no further need for the documents in this case to be filed under seal. Accordingly, upon application of the United States of America,

**IT IS HEREBY ORDERED**, that all documents which have been or will be filed in the above-captioned matter be ordered UNSEALED.

DATED: May 30, 2008

GREGORY G. HOLLOWS

_____
GREGORY G. HOLLOWS
United States Magistrate Judge